IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARVIN P. SELPH,

    Plaintiff,

v.                                                                              CIV 18-0115 RB/KBM

EQUIFAX CREDIT BUREAU, EXPERIAN
CREDIT BUREAU, and TRANSUNION
CREDIT BUREAU,

    Defendants.

## **ORDER OF DISMISSAL**

**THIS MATTER** is before the Court on the Magistrate Judge's Order to Show Cause, entered July 20, 2018. (Doc. 19.) The Order to Show Cause requires "that, in order to avoid dismissal of this action against Defendant Equifax Credit Bureau, Plaintiff must either effect service or provide the Court with a written explanation showing good cause why service has not been made, on or before **Friday, August 10, 2018**." (*Id.*)

Plaintiff filed a "Motion to Show Cause" on August 1, 2018 (Doc. 20), which the Court construes as his timely response to the Order to Show Cause. Therein, Plaintiff makes various assertions concerning the merits of his claims, maintaining that "Defendants are still fraudulent [sic] reporting false claims" and asking the Court to allow his case to "proceed to a Jury Trial." (*Id.* at 1.) He does not, however, even broach the topic of service upon Defendant Equifax Credit Bureau. (*See id.*) The record does not reflect any indication that Plaintiff has affected service on Defendant Equifax Credit Bureau; nor has Plaintiff shown good cause for his failure to serve this defendant.

Having failed to show the required cause under the Order to Show Cause, the Court determines that Plaintiff's claims against Defendant Equifax Credit Bureau are subject to dismissal without prejudice.

**WHEREFORE, IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Equifax Credit Bureau are hereby dismissed without prejudice.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE